**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| **v.** | : | |
| **JOSEPH SILVESTRI & SON, INC.** | : | **NO.: 23-cv-3822** |

**O R D E R**

**AND NOW**, this **8th** day of **JULY 2026,** in accordance with Local Civil Rule 40.1(c) (2), it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Mitchell S. Goldberg to the calendar of the Honorable Gail A. Weilheimer, as related to ***USA v. Fecondo*** **Criminal No. 22-00011.**

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

**_/s/George Wylesol_______________**
**GEORGE WYLESOL**
**Clerk of Court**